appealed from. The order changing the place of trial from the county of Kings to the county of New York is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LEVY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Albert E. Levy against the city of New York and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

LEVY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Katie Levy against the city of New York and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

(112 App. Div. 921)

LIPSHITZ, Appellant, v. SALAWAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Gussie Lipshitz against Samuel Salaway and others. No opinion. The court had no power to extend the time in which to serve the notice of appeal. Order reversed, with $10 costs and disbursements, and motion denied, with costs, on the authority of Lavalle v. Skelly, 90 N. Y. 546.

LIPSCHITZ et al., Appellants, v. SCHNEIDER, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Harry Lipschitz and Isaac Goldman against David Schneider. No opinion. Judgment affirmed, with costs.

LOEWER v. GERMAN–AMERICAN BANK et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by John A. Loewer against the German-American Bank and others. No opinion. Judgment affirmed, with separate bills of costs against the plaintiff and defendant Joseph Q. Meyer in favor of the respondents appearing on this appeal by separate attorneys.

LOMAS, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary Lomas against the New York City Railway Company. No opinion. Motion denied.

LORDVILLE & E. BRIDGE CO., Appellant, v. DE LACKNER, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by the Lordville & Equinunk Bridge Company against Charles De Lackner. No opinion. Order modified, so as to require the plaintiff to state the times when, places where, and the number of persons carried each time it is claimed the defendant transported or ferried across the Delaware river, and the times when and places where it is claimed the defendant transported or ferried freight across said river, and, as thus modified, affirmed, without costs.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by George E. Lovett against Grace E. Lovett. No opinion. Order affirmed, without costs.

LOWRY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Mary Lowry, as administratrix, against the Interurban Street Railway Company. B. H. Ames, for appellant. Isaac Cohen, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $5,622.17, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

LOWTHER, Respondent, v. LOWTHER, Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Clarence L. Lowther against Christopher, M. Lowther, impleaded. W. W. Shaw, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McAULEY, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Edward McAuley against the New York & Queens County Railway Company.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

In re McCABE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Edgar McCabe for admission to the bar. No opinion. Application granted and order signed.

McLAUGHLIN v. CONNORS et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) In the matter of the complaint of John J. McLaughlin against John P. Connors and others. No opinion. Order affirmed, with $10 costs and disbursements, and new election ordered. If counsel do not agree upon form of order, same to be settled, on two days' notice, by CHESTER, J.

MacMULLEN, Respondent, v. CITY OF MIDDLETOWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Charles MacMullen against the city of Middletown. No opinion. Motion to amend order granted. Motion for leave to appeal to the Court of Appeals granted, and questions certified. See 98 N. Y. Supp. 145.

McNABB et al., Respondents, v. MERYASH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Henry McNabb and another against Rebecca Meryash and others. E. W. S. Johnston, for appellants. F. E. M. Bullowa, for